INDIANA STEEL PRODUCTS COMPANY *v.* LEONARD, ADMINISTRATRIX OF ESTATE OF LEONARD, DECEASED.

[No. 18,499. Filed February 18, 1954. Rehearing denied March 31, 1954. Transfer denied June 18, 1954.]

ON PETITION TO TRANSFER.

PER CURIAM—The opinion of the Appellate Court in this case contains objectionable dicta as follows:

". . . In this connection it might be well to say that a majority of this court are of the opinion that if the deposition had been properly admitted

it would not have been sufficient to sustain the award."

We disapprove this statement.

With this disapproval the petition to transfer is denied.

NOTE.—Reported in 120 N. E. 2d 271.